

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2015

No. 04-15-00678-CV

**IN RE N.M.,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02354
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights. Accordingly, this court must dispose of this appeal no later than 180 days after the date the notice of appeal was filed. TEX. R. JUD. ADMIN. 6. The reporter's record for this appeal was due to be filed on November 9, 2015. The reporter's records have not been filed.

It is therefore ORDERED that the reporter's records must be filed in this court no later than ten days from the date of this order. **FURTHER REQUESTS FOR EXTENSIONS OF TIME TO FILE THE RECORD ARE DISFAVORED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court